### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA A. RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-10-848-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin entered September 12, 2011 [Doc. No. 21] and Plaintiff's Objection to the Findings and Recommendation filed October 3, 2011 [Doc. No. 22].

In her Objection, Plaintiff generally asserts as follows: 1) Magistrate Judge Erwin erred in concluding that the administrative law judge had properly analyzed the evidence submitted by Plaintiff's treating physician; 2) that Judge Erwin erred in concluding that the administrative law judge made an appropriate inference concerning Plaintiff's condition; and 3) he erred in concluding that the administrative law judge was not obliged to recontact her treating physician.

The Court has conducted a *de novo* review of the record in this action, as well as the decision of the administrative law judge and the Findings and Recommendation of Judge Erwin. Having conducted such review, the Court concurs with Judge Erwin's conclusion and recommendation that the decision of the administrative law judge be affirmed. Accordingly,

the Report and Recommendation is hereby adopted in its entirety, and judgment shall be entered in favor of the Defendant.

**IT IS SO ORDERED** this 6th day of October 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE